**[87fd]** [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No. 8:10–bk–15367–CPM
                                                                          Chapter 7


Peachie L. Mejias
1576 Oakhill Trail
Kissimmee, FL 34747


Jose R. Mejias
1576 Oakhill Trail
Kissimmee, FL 34747


_____Debtor*_____/


FINAL DECREE

The estate of the above–named debtor has been fully administered.

IT IS ORDERED THAT:

– Stephen L Meininger is discharged as trustee of the estate of the above–named debtor and the bond as pertains to this case is cancelled;

– the Chapter 7 case of the above–named debtor is closed.

BY THE COURT

Dated:  September 6, 2011

_____
Catherine Peek McEwen
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.


*Set forth all names, including trade names, used by the debtor within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.